UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRIN CRAWFORD #193496,

Plaintiff,

v.

HEIDI WASHINGTON et al.,

Defendants.

Case No: 1:24-cv-854

HON. ROBERT J. JONKER

______________________________/

**ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

The Court has reviewed the Supplemental Report and Recommendation filed by the United States Magistrate Judge in this action on September 14, 2026 (ECF No. 54). The Supplemental Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Supplemental Report and Recommendation of the Magistrate Judge (ECF No. 54) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment (ECF No. 42) is **GRANTED**, the complaint is **DISMISSED** and the case **TERMINATED**.

Dated: September 29, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE